MALDANADO v. LANE, Comptroller.
(No. 2605.)

(Supreme Court of Texas. May 20, 1914.)

COURTS (§ 207*)—JURISDICTION OF SUPREME COURT—MANDAMUS.

Where respondent denies under oath the material allegations in the application for mandamus, the Supreme Court cannot try the issues of fact raised, but must dismiss the application.

[Ed. Note.—For other cases, see Courts, Cent. Dig. § 756; Dec. Dig. § 207.*]

Application for mandamus on the relation of F. Maldanado against W. P. Lane, Comptroller. Application dismissed.

Jas. D. Walthall, of San Antonio, for relator. B. F. Looney, Atty. Gen., and W. A. Keeling, Asst. Atty. Gen., for respondent.

BROWN, C. J. The respondent has under oath denied the material allegations of the applicant for mandamus, which makes issues of fact which this court cannot try; therefore the application is dismissed.